■ MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant, v. MARIE F. LINDSAY et al., as Executors of MILTON LINDSAY, Deceased, Respondents.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: The order directing plaintiff to accept the supplemental answer was properly made and we pass on no other question. (Appeal from order of Niagara Special Term granting defendants' motion to compel plaintiff to accept service of defendants' supplemental answer.) Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.

■ DONALD C. OSBORN et al., Appellants, v. HEANY INDUSTRIAL CERAMIC CORPORATION et al., Respondents.— Case held, decision reserved, trial preference of the plenary action directed and parties ordered to proceed to trial immediately. (Appeal from order of Monroe Special Term denying motion of plaintiffs to enjoin defendant Heany Corporation from transferring assets to the other defendants, *pendente lite*.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh JJ.

■ THOMAS W. KENEFICK, Appellant, v. JOHN REES et al., Respondents, et al., Defendant.— Order unanimously reversed, without costs of this appeal to any party, and motion granted to restore case to the next Trial Term Calendar, without costs. Memorandum: Plaintiff moved promptly for restoration to the calendar under rule 14 of the Seventh Judicial District Rules and on the showing made on such motion the denial by the Calendar Justice of an order to restore was an improvident exercise of discretion. (Appeal from order of Steuben Special Term, denying plaintiff's motion to restore case to Trial Calendar.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.